UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| Felistus Mogocha, and all others similarly situated<br><br>Plaintiff<br><br>V.<br><br>Xcel Care, LLC, and Patricia A. Ackeifi<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO.:<br><br>20-CV-01492 (VLB)<br><br><br><br>October 29, 2021 |
|---|---|---|

## MOTION FOR JOINT APPROVAL OF FLSA SETTLEMENT

Plaintiff, Felistus Mogocha ("Ms. Mogocha" or "Plaintiff"), and the Defendant, Xcel Care LLC, ("Xcel" or "Defendant") by and through their undersigned counsel do hereby file this Joint Motion for Approval of FLSA Settlement.

The parties request that this Court approve the settlement agreement on the papers, or in the alternative, schedule and conduct a telephonic conference call so that counsel can review the terms of the settlement in sufficient detail in order for this Court to determine whether the settlement is fair and reasonable.

In support of this Motion, the parties state as follows:

1. In this action, Plaintiff allege, *inter alia*, that Defendant failed to pay overtime in violation of the Fair Labor Standards Act ("FLSA") and the Connecticut Minimum Wage Act ("CMWA").

2. The parties dispute the amount of overtime wages and other relief due to Plaintiff (if any), and the Defendant have denied and continue to deny each and every claim made by Plaintiff in the action. However, the parties desire to fully and finally

resolve any and all disputes regarding any and all of Plaintiff'S claims without the expense of further litigation.

3. In furtherance of the parties' mutual desire to resolve their dispute without further litigation between them, they propose entering into an Agreement and General Release (the "Agreement"), a copy of which is attached here.

4. Parties may settle FLSA claims through a private stipulated dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with either the approval of the district court or the Department of Labor. See Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 200 (2d Cir. 2015).

5. The parties have exchanged information and have had numerous conversations regarding the merits of this lawsuit.

6. The parties represent to the Court that the Agreement into which they have entered is: (a) is fair to all parties; (b) reasonably resolves a bona fide disagreement between the parties with regard to the merits of Plaintiffs' claims; and (c) demonstrates a good faith intention by the parties that Plaintiffs' claims for liability and damages be fully and finally resolved and not re-litigated in whole or in part at any point in the future.

7. In further support of the Parties' contention that the agreed-upon settlement is fair and reasonable, the Parties represent that Agreement adequately accounts for the uncertainties and *bona fide* factual and legal disputes between them.

8. The parties respectfully request that the Court approve the agreement on the papers, or in the alternative, schedule a telephonic conference call with counsel for the Parties so that counsel can review the terms of the settlement in order for the Court

to rule upon the Joint Motion for Approval of FLSA and CMWA Settlement.

WHEREFORE, the parties move for the approval of the Settlement Agreement between them. THE PARTIES JOINTLY CONSENT TO THIS MATTER BEING RULED UPON BY A MAGISTRATE JUDGE.

Respectfully submitted,

FELISTUS MOGOCHA

By her attorney,

_____
Nitor Egbarin
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Tel: 860-249-7180,
Fax: 860-408-1471
Mobile: 860-680-1448,
Email: NEgbarin@aol.com

Respectfully submitted,

XCEL CARE, LLC

By its attorney,

_____
Edward C. Taiman, Jr.
Sabia Taiman, LLC
Attorneys At Law
999 Asylum Ave. #114
Hartford, CT 06105
(ph) 860.541.2077
(fax) 860.713.8944
(cell) 860.818.2460
etaiman@sabialaw.com

3

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 29th day of October 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties who have appearances as of the time of this filing, by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Nitor V. Egbarin
Nitor V. Egbarin